NORA HEIMAN, Respondent, *v.* NEW YORK LIFE INSURANCE COMPANY, Appellant.

*Insurance (life) — action to recover upon policy of life insurance — defense of suicide.*

*Heiman* v. *New York Life Ins. Co.*, 222 App. Div. 654, affirmed.
(Argued February 20, 1928; decided March 27, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 9, 1927, affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover upon a policy of life insurance. The insured was found dead upon the sidewalk in front of the apartment house where he resided. The question was whether death resulted from suicide or from accident.

*Ferdinand H. Pease* and *Louis H. Cooke* for appellant.
*Mark E. Cymrot, T. J. Gillen* and *Harry Fieldsteel* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.